```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 12370
    JAMES L DAVIS
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
  SSN XXX-XX-7170


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 05/15/2008 and was not confirmed.

      The case was dismissed without confirmation 11/03/2008.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------

US BANK NATIONAL ASSOC   CURRENT MORTG          .00          .00           .00
US BANK NATIONAL ASSOC   MORTGAGE ARRE          .00          .00           .00
LITTON LOAN SERVICING    CURRENT MORTG          .00          .00           .00
LITTON LOAN SERVICING    MORTGAGE ARRE      2000.00          .00           .00
WASHINGTON MUTUAL BANK   CURRENT MORTG          .00          .00           .00
WASHINGTON MUTUAL BANK   MORTGAGE ARRE          .00          .00           .00
OCWEN FEDERAL BANK       CURRENT MORTG          .00          .00           .00
OCWEN FEDERAL BANK       MORTGAGE ARRE      5552.87          .00           .00
CITY OF CHICAGO WATER DE SECURED            1183.00          .00         90.94
DRIVE FINANCIAL          SECURED VEHIC     22249.59          .00       1936.31
DRIVE FINANCIAL          UNSECURED        NOT FILED          .00           .00
OVERLAND BOND & INVESTME SECURED VEHIC     12653.00          .00       1101.15
OVERLAND BOND & INVESTME UNSECURED           401.33          .00           .00
MONTEREY COLLECTIONS     SECURED             500.00          .00         43.76
MONTEREY COLLECTIONS     UNSECURED        NOT FILED          .00           .00
ALBERT LAW FIRM          NOTICE ONLY      NOT FILED          .00           .00
AMERICAN HONDA FINANCE   UNSECURED        NOT FILED          .00           .00
BRICE LEGAL GROUP        NOTICE ONLY      NOT FILED          .00           .00
CITY OF CHICAGO PARKING  UNSECURED           989.37          .00           .00
CODILIS & ASSOCIATES     MORTGAGE NOTI    NOT FILED          .00           .00
COLUMBUS BANK & TRUST    UNSECURED        NOT FILED          .00           .00
COMMONWEALTH EDISON      UNSECURED        NOT FILED          .00           .00
FIFTH THIRD BANK         UNSECURED        NOT FILED          .00           .00
HIGHLAND FINANCIAL SERVI UNSECURED        NOT FILED          .00           .00
HSBC NV/GM CARD          UNSECURED        NOT FILED          .00           .00
LINEBARGER GOGGAN BLAIR  UNSECURED        NOT FILED          .00           .00
PARK DANSAN              UNSECURED        NOT FILED          .00           .00
SALUTE/UTB               UNSECURED        NOT FILED          .00           .00
SPRINT NEXTEL            UNSECURED           422.57          .00           .00
CARLITA WILSON           NOTICE ONLY      NOT FILED          .00           .00
D RYLER                  NOTICE ONLY      NOT FILED          .00           .00
DEBBIE EARSLEY           NOTICE ONLY      NOT FILED          .00           .00
KENYA COLEMAN            NOTICE ONLY      NOT FILED          .00           .00
MARY JONES               NOTICE ONLY      NOT FILED          .00           .00
EVA PRICE DAVIS          NOTICE ONLY      NOT FILED          .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 12370 JAMES L DAVIS
```

```
WILLIE MAE DANIELS         NOTICE ONLY   NOT FILED              .00            .00
PROPERTY ASSET MANAGEMEN   NOTICE ONLY   NOT FILED              .00            .00
US BANK                    MORTGAGE NOTI NOT FILED              .00            .00
WASHINGTON MUTUAL BANK     MORTGAGE NOTI NOT FILED              .00            .00
CITIMORTGAGE INC           CURRENT MORTG      .00               .00            .00
CITIMORTGAGE INC           SECURED NOT I      .00               .00            .00
FASLO SOLUTIONS            CURRENT MORTG      .00               .00            .00
FASLO SOLUTIONS            SECURED NOT I      .00               .00            .00
LITTON LOAN SERVICING      MORTGAGE NOTI NOT FILED              .00            .00
MIDWEST VERIZON WIRELESS   UNSECURED        1359.24             .00            .00
LEEDERS & ASSOCIATES LTD   DEBTOR ATTY     2,530.00                            .00
TOM VAUGHN                 TRUSTEE                                          275.84
DEBTOR REFUND              REFUND                                              .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 3,448.00

PRIORITY                                              .00
SECURED                                          3,172.16
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                               275.84
DEBTOR REFUND                                         .00
                       ---------------      ---------------
TOTALS                  3,448.00                 3,448.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
    Dated: 02/24/09              _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 08 B 12370 JAMES L DAVIS